# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**EDGARDO ESTERAS-DIAZ,**

    Petitioner,

**v.**                                                                              **CIVIL ACTION NO.: 3:23-CV-176 (GROH)**

**HEATHER RAY,**

    Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On July 20, 2023, the *pro se* Petitioner filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Respondent filed a motion to dismiss, or in the alternative, for summary judgment on August 14, 2023, along with a memorandum and exhibits in support of the motion. ECF Nos. 14, 14-1 to 14-6. The Court issued an Order and Roseboro Notice on August 15, 2023. ECF No. 15. The Order directed Petitioner to file a response within 21 days. Id. Service was accepted for the Notice on August 18, 2023. ECF No. 16. A review of the docket shows that Petitioner has failed to file a response to the motion to dismiss or summary judgment as directed.

Accordingly, it is hereby **ORDERED** that this action, 3:23-CV-176, be **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**.

Further, the Court notes that even had the Petitioner responded, the case should be dismissed for the reasons more fully stated in the Respondent's motion to dismiss or for summary judgment.

It is also **ORDERED** that the Respondent's motion to dismiss or for summary judgment [ECF No. 14] is **GRANTED**.

The Clerk is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to counsel of record by electronic means.

**DATED**: September 21, 2023

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE